## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS- EASTERN DIVISION

| | | |
|---|---|---|
| **JOHNNY BROWNLEE,** | ) | |
| | ) | **Case Number: 1:16-cv-02475** |
| **Plaintiff,** | ) | |
| | ) | **Judge: Joan Lefkow** |
| v. | ) | |
| | ) | **Magistrate Judge: Michael Mason** |
| **THE AUTO EXCHANGE INC., and** | ) | |
| **LARRY FENZAU** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Johnny Brownlee, by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants.

Dated: April 18, 2016

                                                                             Respectfully submitted,

                                                                             /s/ Lam Nguyen Ho_____
                                                                             One of the Attorneys for Plaintiff

Lam Nguyen Ho (Illinois Bar # 6296745)
Chad Baker (Illinois Bar # 6320250)
COMMUNITY ACTIVISM LAW ALLIANCE
332 S Michigan Ave, Suite 1032-C297
Chicago, Illinois 60604
773-888-1404
312-999-0056 (fax)
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 18, 2016, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and mailed a copy via United States Postal Service first-class mail to Larry Fenzau, 15859 Dixie Hwy, Harvey, IL 60426.

        /s/ Lam Nguyen Ho_____
        Lam Nguyen Ho

Lam Nguyen Ho (Illinois Bar # 6296745)
Chad Baker (Illinois Bar # 6320250)
COMMUNITY ACTIVISM LAW ALLIANCE
332 S Michigan Ave, Suite 1032-C297
Chicago, Illinois 60604
773-888-1404
312-999-0056 (fax)
Attorneys for Plaintiffs